UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :   **ORDER OF CONTINUANCE**
                                    :
        - v. -                      :
                                    :   19 Mag. 4146
JOHN MICHAEL TEDESCO,               :
                                    :
                Defendant.          :
                                    :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America and the affirmation of Justin V. Rodriguez, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 21, United States Code, Sections 812, 841, and 846 in a complaint dated April 29, 2019, and was arrested on May 16, 2019;

It is further found that the defendant was presented on May 16, 2019, before United States Magistrate Judge Stewart D. Aaron in the Southern District of New York, and released on bail;

It is further found that Julia Gatto, Esq., counsel for defendant, and Assistant United States Attorney Justin V. Rodriguez have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be

granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until July 17, 2019.

Dated: New York, New York
       June 14, 2019

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK