UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :    INDICTMENT
                               :
        - v. -                 :    19 Cr.
                               :
JOHN MICHAEL TEDESCO,          :    19 CRIM 505
                               :
            Defendant.         :
- - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 0 2019

JUDGE CROTTY

## COUNT ONE
### (Narcotics Conspiracy)

The Grand Jury charges:

1. From at least on or about November 10, 2013, up to and including at least in or about July 2014, in the Southern District of New York and elsewhere, JOHN MICHAEL TEDESCO, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JOHN MICHAEL TEDESCO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that JOHN MICHAEL TEDESCO, the defendant, conspired to distribute and possess with intent to distribute were (a) 100 grams and more of mixtures and substances

containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B); and (b) a quantity of mixtures and substances containing a detectable amount of alprazolam, in violation of Title 21, United States Code, Section 841(b)(2).

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Trafficking Narcotics over the Internet)

The Grand Jury further charges:

4. From at least in or about July 2013, up to and including at least in or about July 2014, in the Southern District of New York and elsewhere, JOHN MICHAEL TEDESCO, the defendant, delivered, distributed, and dispensed controlled substances by means of the Internet, in a manner not authorized by law, and aided and abetted such activity, in violation of Title 21, United States Code, Section 841(h).

5. The controlled substances involved in the offense were (a) a quantity of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C); and (b) a quantity of mixtures and substances containing a detectable amount of alprazolam, in violation of Title 21, United States Code, Section 841(b)(2).

(Title 21, United States Code, Sections 841(h), 841(b)(1)(C) & (b)(2).)

## **FORFEITURE ALLEGATION**

6. As a result of committing the offenses alleged in Counts One and Two of this Indictment, JOHN MICHAEL TEDESCO, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### **Substitute Assets Provision**

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHN MICHAEL TEDESCO,

                      Defendant.

### INDICTMENT

19 Cr.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)
841(b)(1)(C), 841(b)(2), 841(h), and
846.)

GEOFFREY S. BERMAN
United States Attorney

_____
Foreperson

7/10/19 - Filed Indictment
ee. - Case assigned to J Crotty

J Pitman