

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2020

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. John Michael Tedesco*, 19 Cr. 505 (PAC)

[Handwritten note: 1/14/2020 — The matter will be adjourned for 60 days to March 14, 2020 at 4:15 pm. Time is excluded through March 14, 2020 in the interests of justice. /s/ Paul A. Crotty (USDJ)]

Dear Judge Crotty:

The Government writes, with the consent of defense counsel, to request that the Court (i) adjourn the conference scheduled in this matter for January 16, 2020, at 4:30 p.m. until a date and time convenient for the Court in approximately 60 days, and (ii) exclude time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), between now and the date of the next conference.

The Government makes these requests because defense counsel has submitted an application to the Government for a deferred prosecution, which requires additional information and review by a committee of supervisors from the U.S. Attorney's Office. The Government submits that the ends of justice served by an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will allow the parties to continue discussing and working towards a potential pre-trial resolution of this matter, and it will otherwise also allow the defendant and his counsel additional time to review the discovery and prepare for any trial in this matter. Defense counsel consents to these requests.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _/s/ Justin V. Rodriguez_
Justin V. Rodriguez
Assistant United States Attorney
Southern District of New York
(212) 637-2591

cc: Counsel of record (by ECF)