**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2020

5/8/2020
The May 12 conference is adjourned to June 29, 2020 at 12 noon. Time is excluded through June 29, 2020. SO ORDERED.

*/s/ Paul A. Crotty*

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   *United States v. John Michael Tedesco*, 19 Cr. 505 (PAC)

Dear Judge Crotty:

The Government writes, with the consent of defense counsel, to request that the Court (i) adjourn the conference scheduled in this matter for May 12, 2020, at 11:15 a.m. until a date and time convenient for the Court in approximately 90 days, and (ii) exclude time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), between now and the date of the next conference.

The Government submits that the ends of justice served by an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will allow the parties to continue discussing and working towards a potential pre-trial resolution of this matter, and it will otherwise also allow the defendant and his counsel additional time to review the discovery and prepare for any trial in this matter.  Defense counsel consents to these requests.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  */s/ Justin V. Rodriguez*
Justin V. Rodriguez
Assistant United States Attorney
Southern District of New York
(212) 637-2591

cc:   Counsel of record (by ECF)