# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 3, 2020

> 8-4-2020
> The August 4 conference is adjourned to September 15, 2020 at 11:30 AM. Time is excluded through September 15, 2020 to allow the parties to continue to engage in a pretrial disposition. SO ORDERED.
>
> /s/ Paul A. Crotty

*VIA ECF*
Honorable Paul Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. John Tedesco*, 19 CR 505 (PAC)

Dear Judge Crotty:

With the consent of the government, I write to seek an adjournment of the next pretrial conference currently scheduled for August 4, 2020. The parties are actively engaged in plea discussions. I have submitted a deferred prosecution application and, following its submission, the government asked me for additional information. However, because of the pandemic and Mr. Tedesco's failing health, I have not yet been able to provide a complete response to the government's inquiries. Additionally, Mr. Tedesco was admitted to the hospital last week and may or may not be discharged today. As such and to accommodate counsel's personal calendars, we ask for an adjourned date in September. In light of the request, Mr. Tedesco has no objection to the exclusion of time for speedy trial calculation purposes until the adjourned date.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:    AUSA Justin Rodriguez (via ECF)