# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 16, 2021

*VIA ECF*
Honorable Paul Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

6/17/21
The matter is adjourned for 30 days to July 19, 2021. Time is excluded.

So ordered
Paul Crotty

Re:   *United States v. John Tedesco*, 19 CR 505 (PAC)

Dear Judge Crotty:

With the consent of the government, I write to seek an adjournment of the next pretrial conference currently scheduled for June 22, 2021. The parties continue to work towards a disposition. We jointly request an adjournment of about 30 days at which time we can report back to the Court regarding our progress, and if none has been made, set a trial date.

Based on the nature of this request, Mr. Tedesco has no objection to the exclusion of time for speedy trial calculation purposes until the adjourned date.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:   AUSA Justin Rodriguez (via ECF)