# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 22, 2022

*Via ECF*
The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

4/25/2022
Sentencing is adjourned to June 7, 2022.
SO ORDERED.

*Paul A. Crotty*

Re:   *United States v. John Tedesco*, 19 CR 505 (PAC)

Dear Judge Crotty:

With the consent of the government, I write to seek an adjournment of about 30 days of Mr. Tedesco's sentencing and the date by which he files his submission in response to the B.O.P.'s letter. Under the current schedule, Mr. Tedesco's response is due April 27 and his sentencing is May 5. The Federal Defenders have retained an expert to assist in responding to the B.O.P.'s letter and the expert requires additional time to complete his work. Accordingly and so that I can most effectively represent Mr. Tedesco, I ask that the sentencing schedule be moved by about 30 days.

Thank you.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender

cc:   AUSA Justin Rodriguez (via ECF)